UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25-cr-99-SPC-NPM

ERICK JAVIER ORTIZ
_____/

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 39). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting the following assets:

  a. Smith and Wesson, Model: M&P, Cal: .45, S/N: NLS8858;

  b. Sig Sauer, Model: P320, Cal: 9mm, S/N: 58J496679;

  c. Del-Ton Inc, Model: DTI-15, Cal 5.56, S/N: DTI-S273894;

  c. Mossberg, Model: 590 Shotgun, 12 Gauge, S/N: R608692; and

  d. Ammunition.

*See* 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 39) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at the time it is entered.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on August 27, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record