UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 2:25-cr-99-SPC-NPM

ERICK JAVIER ORTIZ
_____

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 45). The Government seeks to have forfeited the following assets ("**Assets**"), which were subject to the Court's August 27, 2025 Preliminary Order of Forfeiture. (Doc. 40).

a. Smith and Wesson, Model: M&P, Cal: .45, S/N: NLS8858;

b. Sig Sauer, Model: P320, Cal: 9mm, S/N: 58J496679;

c. Del-Ton Inc, Model: DTI-15, Cal 5.56, S/N: DTI-S273894;

d. Mossberg, Model: 590 Shotgun, 12 Gauge, S/N: R608692; and

e. Ammunition.

Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 45) is

**GRANTED**.

1. Defendant's interest in the Assets are CONDEMNED and FORFEITED to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida on November 18, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record